IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:08-cv-00320-FDW

| | |
|---|---|
| C.F. CLONINGER TRUCKING II, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SOURCEONE GROUP, INC., )<br>SOURCEONE, INC., and DALRADA )<br>FINANCIAL CORPORATION f/k/a )<br>IMAGING TECHNOLOGIES )<br>CORPORATION, )<br>)<br>Defendants. )<br>) | NOTICE |

TAKE NOTICE that this matter has been set for hearing on Defendant's Motion for Entry of Default Judgment (Doc. No. 7) to be held at **4:15 p.m.** on **December 9, 2008**, in Courtroom #1 of the Charles R. Jonas Federal Building in Charlotte, North Carolina. Plaintiff's counsel shall be prepared to demonstrate, through affidavits, witnesses, or otherwise, specific damages sufficient to allow the Court to "determine the amount of damages" pursuant to Federal Rule of Civil Procedure 55(b)(2).

IT IS SO ORDERED.                                    Signed: December 1, 2008

Frank D. Whitney
United States District Judge